**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                               **PLAINTIFF**

v.                                        **CASE NO. 4:11CR00223 BSM**

**WAYNE EARL JONES, JR. AND
TIMOTHY VERNARD WILLIAMS**                                                                **DEFENDANTS**

**ORDER**

For reasons stated on the record during the April 10, 2014, telephone hearing, if defendants put forth an entrapment defense, the United States will be allowed to present evidence of prior bad acts as follows:

As to defendant Wayne Earl Jones, the United States may present evidence of his prior convictions for criminal mischief, criminal attempt to commit residential burglary, aggravated assault, misdemeanor firearm possession, possession with intent to distribute, possession of drug paraphernalia, and felon in possession. The United States may not offer evidence of his prior conviction for perjury. As to defendant Timothy Williams, the United States may present evidence of his prior convictions for felon in possession, robbery and theft of public benefits, his April 27, 2011 arrest for possession, the uncharged July 28, 2011, cocaine sale, and the uncharged July 25, 2011, murder of Turner Coleman. The United States may also call witnesses to present testimony that Jones and Williams dealt drugs and used firearms. These acts are relevant to the issue of entrapment and proving defendants' predisposition to commit the crimes charged, not overly remote in time and sufficiently similar to the acts charged, and their value is more probative than prejudicial. *United States*

*v. Coleman*, 284 F. 3d 892, 894 (8th Cir. 2002).

    IT IS SO ORDERED this 10th day of April 2014.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE